7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA RUIZ, | § | |
|     Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-140 |
| | § | |
| WAL-MART STORES, INC., | § | |
|     Defendant | § | |

## ORDER

On this day came, **SHIRLEY J. GRAY,** and by motion duly filed herein requested the Court to grant her Motion to appear at the Initial Pretrial Conference scheduled herein for Febraury 18, 1999, at 2:00 P.M. on behalf of **JAIME A. DRABEK,** attorney in charge, and the Court having considered said Motion,

**IT IS ORDERED** that **SHIRLEY J. GRAY**'s Motion to Appear in these proceedings is hereby **GRANTED.**

SIGNED this 18th of February, 1999.

_____
JUDGE PRESIDING