9

United States District Court
Southern District of Texas
ENTERED

FEB 19 1999

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Michael N. Milby, Clerk of Court
By Deputy Clerk

Maria Ruiz §
§
*versus* §         CIVIL ACTION B-98-140
§
Wal Mart Stores, Inc. §
§

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:     March 18, 1999

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     June 18, 1999

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.     July 18, 1999

5. Discovery must be completed by:     August 18, 1999

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:     September 1, 1999

*******************************************************************************

7. Joint pretrial order is due:     10-20-99

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     11-04-99

   *The case will remain on standby until tried.*

Signed __Feby 18__, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge