UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA RUIZ, | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-140 |
| | § | |
| WAL-MART STORES, INC., | § | |
| Defendant | § | |

## ORDER

On this day came, **SHIRLEY J. GRAY,** and by motion duly filed herein requested the Court to grant her Motion to appear at the Motions Hearing scheduled herein for November 3, 1999, at 10:30 a.m. on behalf of **JAIME A. DRABEK,** attorney in charge, and the Court having considered said Motion,

**IT IS ORDERED** that **SHIRLEY J. GRAY**'s Motion to Appear in these proceedings is hereby **GRANTED.**

SIGNED this 3rd of November, 1999.

_____
JUDGE PRESIDING